

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2020

No. 04-20-00274-CV

**IN THE INTEREST OF T.D.L., A CHILD,**

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW2000108
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time is hereby GRANTED. The Appellant's Brief is due October 2, 2020. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

